## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY STUBBLEFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV290 |
| vs. | ) | |
| | ) | ORDER |
| PEPSI BOTTLING COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

By letter to chambers, plaintiff's counsel has requested a 30-day stay of this proceeding due to the death of her husband. The request will be granted, in that all pending deadlines will be extended. Since the only deadline now pending in this case is the parties' Rule 26(f) reporting deadline, the parties will be given an extension of time to February 8, 2006 to submit a Rule 26(f) planning report.

**IT IS SO ORDERED.**

**DATED December 28, 2005.**

                                            **BY THE COURT:**

                                            s/ F.A. Gossett
                                            **United States Magistrate Judge**