# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY STUBBLEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05cv290 |
| vs. ) | |
| ) | ORDER |
| PEPSI BOTTLING COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

This case came before the court for a Rule 16 planning conference. Rachel Alexander appeared telephonically on behalf of the defendant, and informed the court that she was unable to make contact with plaintiff's counsel for the call. Therefore,

**IT IS ORDERED:**

1. The Rule 16 conference is continued to **Wednesday, June 7, 2006 at 9:30 a.m.**

2. The conference will be held telephonically by a call initiated by plaintiff's counsel, to defendant's counsel and the court.

Dated this 31st day of May 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge