# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY STUBBLEFIELD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PEPSI BOTTLING COMPANY, INC., )<br>)<br>Defendant. ) | 8:05cv290<br><br>ORDER |

This case came before the court for a planning conference on June 7, 2006, and was held telephonically. Sheri E. Cotton represented the plaintiff and Rachel K. Alexander represented the defendant. Plaintiff made an oral motion for leave to file an amended complaint. After reviewing the status of the case,

**IT IS ORDERED:**

1. The plaintiff's oral motion [21] is granted and the plaintiff shall file an amended complaint on or before **June 23, 2006.**

2. The planning conference is continued to **June 26, 2006 at 9:30 a.m.**, to be held telephonically with the call initiated by plaintiff's counsel.

Dated this 7th day of June 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge