IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY STUBBLEFIELD, | ) | Case No. 8:05cv290 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PEPSI BOTTLING CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court for a planning conference. Counsel for the parties, S. Cotton and R. Alexander, appeared telephonically. Upon notice of settlement given to the magistrate judge by counsel,

**IT IS ORDERED:**

1. On or before **August 7, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 6th day of July 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge