# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GARY STUBBLEFIELD,** | CASE NO. 8:05CV290 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| **PEPSI BOTTLING COMPANY, INC.,** | |
| Defendant. | |

This matter is before the Court in consideration of (1) the parties' notice of settlement (minute entry at Filing No. 28); (2) the Magistrate Judge's Order of July 6, 2006 (Filing No. 29), directing the parties to file a joint stipulation for dismissal, or other dispositive stipulation, and a draft order fully disposing of the case on or before August 7, 2006, and noting that failure to comply with the Order would result in dismissal of this case without further notice; and (3) the Plaintiff's non-conforming Motion to Dismiss (Filing No. 30), dated August 11, 2006, seeking dismissal of this action, with prejudice.

IT IS ORDERED:

The above-captioned case is dismissed, with prejudice, and the parties shall bear their own costs.

DATED this 22nd day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge